# Exhibit 2

| Def No. | Storename   | Located in file      | Page |
|---------|-------------|----------------------|------|
| 1       | zhenhong666 | Exh. 2 - part 1.pdf  | 3    |

| 5,101,542 5,101,543 5,120,532 5,200,762 |  |
|---|---|



DEF NO.: 1, STORENAME: zhenhong666
STOREURL: amazon.com/sp?seller=A2WC3O7PO8WVW

4







