IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC JACOBS TRADEMARKS, LLC AND MARC JACOBS INTERNATIONAL, LLC, | Case No. 25-cv-13948 |
| Plaintiffs, | **Judge John Robert Blakey** |
| v. | **Magistrate Judge Gabriel A. Fuentes** |
| ZHENHONG666, | |
| Defendant. | |

## PLAINTIFFS' SUPPLEMENTAL RESPONSE TO ORDER [15]

Pursuant to this Court's Order [15], Plaintiffs Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC (collectively, "Plaintiffs") submit the following supplemental response:

All Defendants were originally named in Northern District of Illinois Case Nos. 25-cv-13498, 25-cv-13628, and 25-cv-13792 and joined under the principles of *Bose Corp. v. P'ships, et al.*, 334 F.R.D. 511 (N.D. Ill. 2020) and other courts. *See, e.g., Merch Traffic, LLC v. The Partnerships, et al.*, No. 25-cv-01180 (N.D. Ill. Apr. 17, 2025), No. 36 (Kendall, J.) (unpublished); Kari Kammel and Jessica Boeve, *Beyond the Brick-and-Mortar Paradigm: The Legal and Procedural Foundations of Schedule A Litigation in Combating Online Counterfeiting as Distinct from Traditional Trademark Enforcement,* at 16 (September 19, 2025). Accepted for publication in Fordham Intellectual Property, Media & Entertainment Law Journal, Volume XXXVI, Available at SSRN: https://ssrn.com/abstract =5508098.

Based on previous rulings, those Courts' discretionary interpretation of joinder does not permit Plaintiffs to include multiple internet stores unless Plaintiffs can establish at the pleading stage, pre-discovery, that those stores are commonly owned. In line with those Courts' prior

rulings on joinder, Plaintiffs filed an amended complaint naming only a single Defendant. A new lawsuit was filed to enforce Plaintiffs' intellectual property rights against a subset of Defendants from Case Nos. 25-cv-13498, 25-cv-13628, and 25-cv-13792. Plaintiff identified Case Nos. 25-cv-13498, 25-cv-13628, and 25-cv-13792 as "Related Cases" on the Civil Cover Sheet in Section IX. [5].

Dated this 1st day of December 2025.　　　Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
habes@gbc.law

*Counsel for Plaintiffs Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC*