**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Marc Jacobs Trademarks, LLC, et al.
                                      Plaintiff,

v.                                                           Case No.: 1:25−cv−13948
                                                                Honorable John Robert Blakey

zhenhong666, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 4, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff filed a supplemental brief [16], which indicates that, prior to initiating this case, Plaintiff named all of the defendants identified in this case in three prior cases. In each of those cases, Plaintiff voluntarily amended its complaint to drop all but one defendant once the case was assigned to a particular judge. Such conduct suggests that Plaintiff lacks a good faith factual and legal basis to join the defendants in a single proceeding. And repeatedly naming the same group of defendants in new cases until a case is assigned to a judge the plaintiff believes to be hospitable to joinder constitutes an abuse of process. As a result, the Court issues an order to show cause on or before 12/15/2025, why this case should not be dismissed for an abuse of process. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.