Exhibit 1

| Judge | Case | Case No. | Temporary Restraining Order (Date Entered, Docket No.) | No. of Defendants subject to the Temporary Restraining Order |
|---|---|---|---|---|
| Hon. Jorge L. Alonso | BlushCrunch Studio LLC v. The P'ships, et al. | 25-cv-09447 | August 18, 2025 [21] | 98 |
| Hon. Marvin E. Aspen | Nicholas Mechling and Christopher Mechling v. The P'ships, et al. | 20-cv-05223 | September 9, 2020 [22] | 67 |
| Hon. John Robert Blakey | General Motors LLC v. The P'ships, et al. | 24-cv-04424 | June 3, 2024 [23] | 96 |
| Hon. Elaine E. Bucklo | Advance Magazine Publishers Inc. v. The P'ships, et al. | 25-cv-02728 | March 24, 2025 [21] | 80 |
| Hon. Edmond E. Chang | Volkswagen AG, et al. v. DXZ OFFICIAL STORE, et al. | 18-cv-06611 | October 11, 2018 [27] | 199 |
| Hon. Sharon Johnson Coleman | Bludgeon Riffola Ltd. v. The P'ships, et al. | 22-cv-06905 | December 16, 2022 [25] | 109 |
| Hon. Jeffrey I. Cummings | Oakley, Inc. v. The P'ships, et al. | 23-cv-15752 | November 21, 2023 [21] | 57 |
| Hon. Jeremy C. Daniel | Harley-Davidson Motor Company, Inc. v. The P'ships, et al. | 24-cv-08528 | September 25, 2024 [24] | 74 |
| Hon. Robert M. Dow Jr. | General Motors LLC v. The P'ships, et al. | 22-cv-03256 | July 8, 2022 [26] | 161 |
| Hon. Thomas M. Durkin | Crye Precision LLC v. The P'ships, et al. | 25-cv-09125 | August 6, 2025 [25] | 102 |
| Hon. Sara L. Ellis | Spin Master Ltd., et al. v. The P'ships, et al. | 24-cv-08414 | September 23, 2024 [24] | 99 |
| Hon. Robert W. Gettleman | Advance Magazine Publishers Inc. v. The P'ships, et al. | 25-cv-10896 | September 13, 2025 [24] | 53 |

| | | | | |
|---|---|---|---|---|
| Hon. Joan B. Gottschall | NBA Properties, Inc., et al. v. The P'ships, et al. | 21-cv-05520 | December 3, 2021 [47] | 223[1] |
| Hon. Ronald A. Guzman | General Motors LLC v. The P'ships, et al. | 22-cv-05876 | November 1, 2022 [23] | 195 |
| Hon. Sunil R. Harjani | Advance Magazine Publishers Inc. v. The P'ships, et al. | 24-cv-08359 | September 17, 2024 [27] | 49 |
| Hon. LaShonda A. Hunt | Pit Viper, LLC v. The P'ships, et al. | 23-cv-03612 | June 15, 2023 [21] | 120 |
| Hon. Lindsay C. Jenkins | Christian Dior Couture, S.A. v. The P'ships, et al. | 25-cv-00291 | January 16, 2025 [23] | 84 |
| Hon. Virginia M. Kendall | Toyota Motor Sales, U.S.A., Inc. v. The P'ships, et al. | 25-cv-11899 | October 22, 2025 [26] | 106 |
| Hon. Matthew F. Kennelly | Harley-Davidson Motor Company, Inc. v. The P'ships, et al. | 25-cv-11102 | September 22, 2025 [21] | 84 |
| Hon. John F. Kness | Mattel, Inc. v. The P'ships, et al. | 24-cv-12571 | December 18, 2024 [22] | 102 |
| Hon. Charles P. Kocoras | BlushCrunch Studio LLC v. The P'ships, et al. | 25-cv-10261 | September 8, 2025 [21] | 93 |
| Hon. Joan Humphrey Lefkow | Gold's Gym Licensing LLC v. The P'ships, et al. | 19-cv-07446 | November 20, 2019 [26] | 75 |
| Hon. Martha M. Pacold | Converse Inc. v. The P'ships, et al. | 24-cv-00642 | January 30, 2024 [22] | 105 |
| Hon. Rebecca R. Pallmeyer | Kendra Scott, LLC v. The P'ships, et al. | 22-cv-06329 | November 15, 2022 [21] | 125 |
| Hon. Mary M. Rowland | Sony Interactive Entertainment LLC v. The P'ships, et al. | 25-cv-05025 | May 13, 2025 [22] | 86 |
| Hon. Steven C. Seeger | Toyota Motor Sales, U.S.A., Inc. v. The P'ships, et al. | 22-cv-06892 | January 10, 2023 [23] | 180 |

[1] There were 112 Defendant Online Marketplaces and 111 Defendant Domain Names.

| Hon. Manish S. Shah | Collegiate Licensing Company, LLC v. The P'ships, et al. | 25-cv-06079 | June 16, 2025 [25] | 121 |
|---|---|---|---|---|
| Hon. John J. Tharp Jr. | Dreamworks Animation LLC v. The P'ships, et al. | 25-cv-07005 | July 3, 2025 [28] | 62 |
| Hon. Franklin U. Valderrama | NBA Properties, Inc. v. The P'ships, et al. | 22-cv-05458 | December 13, 2022 [26] | 366 |
| Hon. Andrea R. Wood | Nike, Inc. v. The P'ships, et al. | 25-cv-02388 | April 7, 2025 [24] | 74 |